```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **AARON CHRISTOPHER WHEELER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN DOE OF SCI-GRATERFORD MEDICAL** | : | |
| **DEPARTMENT (JOHN MD), et al.** | : | **NO. 09-0410** |

**M E M O R A N D U M**

**SHAPIRO, J.**                                             **FEBRUARY          , 2009**

Plaintiff, an inmate, has filed a pro se civil action against the Superintendent and Prison Health Services at S.C.I. Graterford, the Secretary of the Pennsylvania Department of Corrections, and three unknown defendants. He is alleging that he was defamed by unknown members of the staff at S.C.I. Graterford because someone placed a note in his medical file which says that he "has a history of abusing Benadryl." He is also alleging that he has repeatedly contracted community-acquired methicillin-resistant staphylococcus aureus ("MRSA") at S.C.I. Graterford.

With his complaint, plaintiff filed a request for leave to proceed in forma pauperis. As it appears he is unable to pay the cost of commencing this action, leave to proceed in forma pauperis is granted. For the reasons which follow, this complaint will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), without prejudice to plaintiff's right to file an amended complaint as set forth in this memorandum.

    **A.   Defamation Claims**

Plaintiff's allegation that he is a victim of defamation does not state a violation of his constitutional rights, as there

is no constitutional liberty interest in one's reputation. Siegert v. Gilley, 500 U.S. 226, 233-34 (1991). Therefore, plaintiff's defamation claim will be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**B.   MRSA Claims**

Federal Rule of Civil Procedure 8(a)(2) provides that a pleading setting forth a claim for relief shall contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Plaintiff's complaint is lengthy and repetitive. If plaintiff intends to pursue his MRSA claims, he must file an amended complaint in which he describes these claims as clearly and briefly as possible. He should not send additional copies of the exhibits that he attached to his original complaint because the Court will retain the copies of those exhibits. Finally, in his prayer for relief, he should only request relief for himself, and not for other inmates.

An appropriate order follows.

```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

**AARON CHRISTOPHER WHEELER**        :        **CIVIL ACTION**
                                        :
         **v.**                            :
                                        :
**JOHN DOE OF SCI-GRATERFORD MEDICAL** :
**DEPARTMENT (JOHN MD), et al.**          :        **NO. 09-0410**

## O R D E R

AND NOW, this ____ day of February, 2009, having considered plaintiff's complaint and motion to proceed *in forma pauperis*, IT IS HEREBY ORDERED that:

1.    Leave to proceed *in forma pauperis* is GRANTED;

2.    This complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), with leave to file an amended complaint within thirty (30) days from the date of this order, as set forth in the accompanying memorandum; and

3.    The Clerk shall not issue summons unless so ordered by the Court.

                                      **BY THE COURT:**


                                      **/S/ NORMA L. SHAPIRO, J.**